1   John W. Villines (CA SBN 193672)
    JV LAW
2   726 14th Street, Suite E
    Modesto, CA 95354
3   *Mailing Address*:
    P.O. Box 580049
4   Modesto, CA 95358-0002
    Tel: (209) 524-9903
5   Fax: (209) 524-6655
    E-Mail: john@jvlaw.net
6
    Attorneys for Plaintiffs
7   ALVIN L. BYRD &
    STEPHANIE L. BYRD
8

FILED

JUN 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| ALVIN L. BYRD and STEPHANIE L. BYRD, individuals, | Case No.: 1:08-cv-01995-AWI-SMS |
| Plaintiffs, | **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | [Fed. R. Civ. Proc. 41(a)] |
| LITTON LOAN SERVICING, LP, and JOHN & JANE DOES 1 – 10; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs ALVIN L. BYRD and STEPHANIE L. BYRD have filed and served on all parties a Notice of Voluntarily Dismissal.

///

///

-1-

1 | ///

2
3   IT IS ORDERED that the above-captioned action, *Alvin L. Byrd and*

4   *Stephanie L. Byrd v. Litton Loan Servicing, LP, et al.*, Case Number 1:08-cv-

5   01995-AWI-SMS, be, and hereby is, dismissed **without** prejudice.

6
7
8   Dated: June 1, 2009                                    _____
9                                                          United States District Court Judge

-2-

ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)